**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEYSHAUN HALL (1),<br>BRYAN SCOTT GREER (2),<br><br>　　　　　　　Defendants. | Case No.: ___25cr3676-H___<br>　　　　　　　25MJ4873<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Secs.<br>1324(a)(1)(A)(ii) and (v)(II) -<br>Transportation of Certain<br>Aliens and Aiding and Abetting<br>(Felony)<br><br>Title 18, U.S.C., Sec. 3 -<br>Accessory After the Fact<br>(Misdemeanor) |

The United States Attorney charges:

Count 1

On or about September 5, 2025, within the Southern District of California, defendants, DEYSHAUN HALL and BRYAN SCOTT GREER, knowing and in reckless disregard of the fact that an alien, namely, Oscar Guliver Ponce Cortez, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 2

On or about September 5, 2025, within the Southern District of California, defendant BRYAN SCOTT GREER, knowing that an offense

KARO:lv:9/18/2025

against the United States had been committed, to wit, Improper Entry by an Alien under 8 U.S.C. § 1325, did receive, relieve, comfort, and assist the offender, Oscar Guliver Ponce Cortez, in order to hinder and prevent the offender's apprehension, trial, and punishment, in violation of Title 18, United States Code, Section 3, a misdemeanor.

DATED: __9/23/25_____.

ADAM GORDON
United States Attorney

*Katherine Rookard*
KATHERINE ROOKARD
Special Assistant U.S. Attorney

2